IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

RECEIVED
USDC CLERK, GREENVILLE, SC

2008 MAR 10  P 1:36

| | |
|---|---|
| H & R BLOCK EASTERN ENTERPRISES, INC., | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | ) Case No. 08-cv-00360-GRA<br>) |
| RANDY COLEMAN, | )<br>)<br>) |
| Defendant. | )<br>) |

## CONSENT ORDER AND JUDGMENT

Upon the consent and agreement of the Plaintiff, H&R Block Eastern Enterprises, Inc., and Defendant, Randy Coleman, this final Order including injunctive relief is entered as follows:

1. Plaintiff has asserted claims that Defendant violated the terms of post employment constraints contained in the employment agreement and Defendant denies that he has violated any terms of any enforceable agreement.

2. Upon the consent of the parties, IT IS HEREBY ORDERED that:

A. The Employment Agreement is a valid and enforceable agreement between Randy Coleman and H&R Block.

B. Defendant is hereby enjoined from the date of this Order up to and including April 30, 2009, from directly or indirectly providing any of the following services for H&R Block's Clients (as defined in his Employment Agreement): (1) preparation of tax returns, (2) filing of tax returns electronically, and/or (3) providing bookkeeping or any other product or service that H&R Block offers to its clients within Defendant's former district of employment. Defendant is further enjoined that same period of time from directly or indirectly soliciting H&R Block's Clients (as

defined in his Employment Agreement) for the purpose of offering to such clients: (1) tax return preparation services, (2) electronic filing of tax returns, or (3) any other product or service that H&R Block offers to its clients within Defendant's former district of employment.

C. Defendant is hereby enjoined from the date of this Order up to and including April 30, 2009, from: (a) making copies of, reproducing, or retaining any Confidential Business Information (as defined in his Employment Agreement) of Plaintiff; (b) directly or indirectly making known, divulging, misappropriating, or communicating to any person or entity any Confidential Business Information of Plaintiff; and (c) using any Confidential Business Information of Plaintiff for any reason.

D. Defendant is hereby enjoined from the date of this Order up to and including April 30, 2009, from: (a) directly or indirectly soliciting Plaintiff's employees to leave the employment of Plaintiff or to work for a competitor of Plaintiff, or otherwise interfering with the Plaintiff's continuing relationship with its employees; or (b) directly or indirectly hiring Plaintiff's employees. Plaintiff's employees shall be defined as persons employed by the Company at the time of the solicitation or hiring at any time during the term of Defendant's employment with H&R Block.

E. The remaining claims in the case are dismissed, with prejudice, each party to bear her or its own costs and attorney's fees.

F. All Parties acknowledge that only this Court has jurisdiction to properly enter and enforce this Order. All Parties acknowledge that only this Court retains jurisdiction to enforce this Order and the Parties' Settlement Agreement and obligations thereunder.

G. In the event that any part of this Order is violated by any person bound by this Order, the party benefiting by the Order may, by motion with notice to the other party, apply for sanctions and such other relief as may be appropriate.

This case is now concluded.

IT IS SO ORDERED.

*[Signature]*
The Honorable William W. Wilkins, Jr
Sitting by Designation

March *10*, 2008
Greenville, South Carolina

**AGREED TO IN FORM AND SUBSTANCE:**

**H&R BLOCK EASTERN ENTERPRISES, INC.**

By: s/ Peter A. Rutledge
Peter A. Rutledge, Esq.
Sallie Holder, Esq.
**Leatherwood Walker Todd & Mann, P.C.**
300 East McBee Avenue, Suite 500
Greenville, SC 29601
(864) 242-6440 Telephone
(864) 240-2479 Facsimile

David M. Kight, Esq.
Chad Beaver, Esq.
**Spencer Fane Britt & Browne, LLP**
1000 Walnut – Suite 1400
Kansas City, MO 64106
(816) 474-8100 Telephone
(816) 474-3216 Facsimile

Dated: March 4, 2008

**RANDY COLEMAN**

By: s/Bradley Bennett
Bradley Bennett, Esq.
**Salvini & Bennett, LLC**
101 W. Park Avenue
Greenville, SC 29601
(864) 232-5800 Telephone
(864) 232-5888 Facsimile

Dated: March 4, 2008